# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143050

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CLIFFORD JERRY HARDER, III,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143050
COA: 302279
Saginaw CC: 09-032424-FC

On order of the Court, the application for leave to appeal the March 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919